# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CASE NO. 17-20683
                                     HON. DENISE PAGE HOOD

v.

KENNETH GARDNER,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR ORDER APPOINTING HANDWRITING
## EXPERT AND ADJOURNMENT OF SENTENCING [#110]

On May 3, 2019, Defendant filed a Motion for Order Appointing Handwriting Expert and Adjournment of Sentencing scheduled for May 10, 2019 ("Handwriting Motion"). [Dkt. No. 110] The Government filed a response in opposition to the Handwriting Motion. At the sentencing hearing scheduled for May 10, 2019, the Court heard argument regarding the Handwriting Motion.

Accordingly, for the reasons stated on the record at the May 10, 2019 hearing:

IT IS ORDERED that Defendant's Motion for Order Appointing Handwriting Expert and Adjournment of Sentencing [Dkt. No. 110] is DENIED.

IT IS ORDERED.

                                       s/Denise Page Hood
                                       DENISE PAGE HOOD
Dated: May 17, 2019            UNITED STATES DISTRICT JUDGE